DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

———————————————

RRAFAELA DOLLAKU,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D22-1517

———————————————

September 14, 2022

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit
Court for Pinellas County; Kimberly Todd, Judge.

PER CURIAM.

    Affirmed.

CASANUEVA, KHOUZAM, and ROTHSTEIN-YOUAKIM, JJ., Concur.

———————————————

Opinion subject to revision prior to official publication.